## Affidavit In Support of Motion For Appointment of Counsel

I, Kevin Hamilton, state that the below factual statements are true and correct to the best of my belief and knowledge.

That:

1. I am a detainee at the Cook County Jail residing in the same dormitory as plaintiff.

2. Plaintiff is illiterate in matter of civil law and procedure.

3. I from my informal training in pro se' litigation assisted plaintiff in drafting his complaint

4. The law library here is an ineffective means for assisting detainee litigate pro se' because:

    (a) The law librarian is not trained in civil litigation matters, and

    (b) the assistance provided by the jail's law library merely consists of the librarian answering three requests (usually for a form or caselaw) a week

5. I have made an unsuccessful attempt to explain to plain basic matters such as dismissal, summary judgment and discovery processes.

6. Plaintiff and I subject to be relocated or released at any moment.

1:19-cv-00216
Judge Charles R. Norgle, Sr
Magistrate Judge Maria Valdez
PC 4

1 of 2

FILED
JAN 11 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Affidavit In Support of... continued

7. Without an appointed counsel representing plaintiff, plaintiff would be unable to properly respond to a motion dismiss or motion for summary judgment, and plaintiff would be "at a lost" if and when the claim enters the discovery phase of litigation.

Respectfully submitted,
Kevin Hamilton
Kevin Hamilton
20180821101
Cook County Jail
P.O. Box 089002
Chicago, IL
60608-9002

Subscribed and sworn to under penalty of perjury on December 31, 2018.