RECEIVED

MAR 22 2019 JP

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Ayo Dunn

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

19cv2006
Judge Norgle
Mag. Judge Valdez
PC 4

vs.

Case No. _____
(To be supplied by the Clerk of this Court)

Direactor: Mr Gavin of central Kitchen
Direator: Mr McKay of central Kitchen
Direactor: Mr Dunlap of central Kitchen
C.M.B. Correctional Food serives
Premier management
Superentendant of central kitchen

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Amended complaint

CHECK ONE ONLY:

  ✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
      U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
      28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

Ayo Jon
vs.

Cook County
Tom Dart

I. **Plaintiff(s):**

　A. Name: Ayo Dunn

　B. List all aliases: _____

　C. Prisoner identification number: ~~Cook County Jail~~ 2018101７024

　D. Place of present confinement: Cook County Jail

　E. Address: 2600 California / Division 8-30
　　Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

　A. Defendant: Mr gavin: food director of Central Kitchen
　　Title: Director of kitchen in Cook county Jail
　　Place of Employment: Cook County Jail

　B. Defendant: Mr McKay
　　Title: Director of central Kitchen of Cook County Jail
　　Place of Employment: Cook County Jail

　C. Defendant: Mr. Dunlap
　　Title: Director of Central kitchen of Cook County Jail
　　Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2　　　　　　　　　　　　　　　　　　　　　　　　　　Revised 9/2007

Plaintiff(s):

D.
Name: C.M.B. Correactionl Food Service
title: Supervisor's over ~~~~~~~ Premier
Place of Employment: Cook County Jail

E.
Name: Premier managament
title: Food Supervisor's
Place of Employment: Cook County Jail

F. Superentendent of Central Kitchen
title: over see'er of Central Kitchen

G. Name: Tom Dart
title: Cook County Sheriff
Place of Employment: Cook County Jail

H. Name: Cook County
title: County of the Jail
Place of Employment: Cook County



III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: ~~civil no pending~~ evit #19 coss3 civil 19 coss3 pending ~~recently dismissed~~ Ayo DUNN V. SERgent Spears ET.AL

B. Approximate date of filing lawsuit: 1-28-19 ~~XXXXXXXXXX~~

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Ayo Dunn

D. List all defendants: Sergeant Spears Cook County Officer

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal

F. Name of judge to whom case was assigned: Charles Norgle, Sr Maria Valdez

G. Basic claim made: Asslut Battery

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending

I. Approximate date of disposition: ~~scribbled~~ N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Civil 1:19-cv-00216 Ayo Dunn -v- Cook County Sheriff

B. Approximate date of filing lawsuit: 1-11-19

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Ayo Dunn

D. List all defendants: Cook County Sheriff, etc, Et, Al

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal

F. Name of judge to whom case was assigned: Charles R. Norgle Sr. Maria Valdez

G. Basic claim made: Slip and fall back Injury

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Yes Is it still pending?): Dismised because I didn't Did Not State a Claim

I. Approximate date of disposition: 2-15-19

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Case: 1:19-cv-00216 Document #: 8 Filed: 03/22/19 Page 7 of 13 PageID #:34



IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 11-16-18 I was working central kitchen of the Cook County Jail for detainees when i slip on a wet floor were No signs were put out stateding Caution wet floor. a phone Called were made while still at central kitchen E.M.T Came I were taken away by E.M.T on a stracer to strogers Hosptial for X-Ray when X-Rays were taken a hour later I were told by the doctor that Disk Bulge In My spine a second Doctor told Me that surgery will fix My spine I were sent back to Cook County Jail re-Housed in Cook County Jail Divison 8 R.T.U Medical Do to My Injury I Now walk with a Cane and used a wheel Chair for long distanct. I'm on pain Medication that dose not help at all I wake up with tears at night due to Excruciating pain on 2-22-19 I were put on a new medication Call gabapenten which not helping at all I also wrote a grievance about the Medication that's not helping, the

4                                                                 Revised 9/2007

Controll Number to that grievance is 2018X15202-0114889 ON 12-24-18. a MRI were taken at Strogers Hosptial ON 1-7-19 I saw a doctor i ask a doctor for a copy of my Midical records but I was denied them. due to my back pain I now go to physical therapy. Also told by case worke us Booker to write the police station 35th Michigan to get my Medical Records from my understanding that's a Hypo law.

Claim 1. The boots they hand out dosen't protect you from falling in that type of enviorment only protect you from getting your feet wet.

#2, We are to wear rubber boots to keep socks, shoes dry it dosent Not provent fallin and due to that I slip on a very wet floor an Inyred my back and spine.

#3 There are No signs on walls or windows stating Caution when wearing boots still a risk of Slipping, Sliding, or falling etc.

#4 I MR. Dunn are Not the only person to get hurt working at Cook County Jail Central kitchen.

#5 When a deetainee report something that's unhealty or unsafe due to the job. Nothing been done.

#6 When a supervisor I worked for Not filiam with his Name saw what happened and wrote the incident report.

#7 the supervisor also stated to me that he been complaining about it, to find a way to make this area safe for the supervisor's and deetains to work.

#8 The Hispic Supervisor Name Jesus Has poof that he wrote about trying to find a way to make it more safe. By writeing Compliants aBout making it safer

#9 Premire Need to get their safty In order before someone ets else get hurt or they fall and break their Neck and not live to tell

Revised 9/2007



about it. MR. Tom Dart is also respondsiable for this matter at hand because he runs the Cook County Jail and everything that gose on in Cook County Jail, He Has to walk around and check thing out. (I'm sure) from time to time

#10 I am seeking compensation damge, and or anything else that will help me and other pre-trail deetaines safty.

#11 I Ayo Dunn is suing all the defendants in their individual and official capacities for violating Ayo Dunn rights guarnteed under the fourteenth amandment of the united states Constitution, to live and work in a safe and healthy environment while a pre-trail detainee.

#12 I keep getting denied my medical records.

#13 I was told by the physical therapist that this pain will stay with me for the rest of my life. Also I mite have nerve damage

5                                                                 Revised 9/2007

Because my spine has sharp pain and keeps me from sleeping and I will need stronger pain medication or a shot in my spine to relieve some of the pain

#14 I am IN Need of help

#15 The area were I Injury myself dosen't have a slip free sin floor Also it's caught on creama. (When I slipped)

#16 The Superat the Superantendant is very awear of the Safy Iusses that going on in central kitchen Nothing is being done. (There's No Doubt in my miND that they Have to walk around the kitchen from Time to Time.)

#17 Directors: ~~~~ is very awear of Safty Iusses that goes on in Central Kitchen and is responseaBle for Detainees Safty when working in Central Kitchen of Cook County Jail, or should knew what is going on within the Central Kitchen when it comes to Safty. I was always told that Safty is first.

#18 Tom Dart should Be aware of this Issues Because it Part of His JOB. AND is His JOB to Make sure Detainees aND staff are safe aND unHarmed.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff seeks compensatory and Punitive Damages to Be specified at a later Date.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 11 day of 3 , 20 19

Ayo Dunn
(Signature of plaintiff or plaintiffs)

AYO DUNN
(Print name)

2018107024
(I.D. Number)

P.O. Box 089002
Chicago IL 60608
(Address)

6

Revised 9/2007

Case: 1:19-cv-00216 Document #: 8 Filed: 03/22/19 Page 13 of 13 PageID #:40

AYO DUNN #20181017024
P.O. BOX 089002
Chicago IL 60608

03/22/2019-2




Clerk of U.S. District Court
United States Court House
Chicago IL 60604

2019 MAR 22 AM 8:10
CLERK
U.S. DISTRICT COURT

19cv2006
Judge Norgle
Mag. Judge Valdez
PC 4